FRANK A. MATHEWS, JR., PLAINTIFF-PETITIONER, v. AARON K. NEELD, TREASURER OF THE STATE OF NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 46 *N. J. Super.* 175.

*Mr. John B. Mathews* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. Christian Bollerman* for the respondents.

November 4, 1957.   Denied.

WILFRED ROBSON, ADMINISTRATOR, *ETC.*, PLAINTIFF-PETITIONER, v. VICTOR RODRIQUEZ, DEFENDANT-RESPONDENT.

See same case below: 44 *N. J. Super.* 262.

*Messrs. Dimon, Haines & Bunting* for the petitioner.

*Mr. Grover C. Richman, Jr., Mr. David M. Satz, Jr.,* and *Messrs. Parker, McCay & Criscuolo* for the respondent.

November 4, 1957.   Granted.